AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☑ SUPERSEDING

─── OFFENSE CHARGED ───

SEE ATTACH

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:

SEE ATTACH

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

▶ HASSAN SWAID

DISTRICT COURT NUMBER
CR 07-00126 MJJ

**FILED**
SEP 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── PROCEEDING ───
Name of Complainant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    AUSA GEORGE L. BEVAN, JR.

─── DEFENDANT ───

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges          ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶          Month/Day/Year

Or... if Arresting Agency & Warrant were not    Month/Day/Year

DATE TRANSFERRED TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

HASSAN SWAID

| CHARGES: | PENALTY |
|---|---|
| COUNT ONE: 18 U.S.C. § 371 | 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment |
| COUNT NINE: 18 U.S.C. § 1956(h) | 20 years imprisonment; $500,000 fine, 5 years supervised release; $100 special assessment |
| COUNT TEN: 18 U.S.C. § 982(a)(1) | Criminal Forfeiture |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT

☑ SUPERSEDING

— OFFENSE CHARGED —

SEE ATTACH

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

SEE ATTACH

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

— DEFENDANT - U.S. —

► SUFIAN KHALIL AL KHALIDI

DISTRICT COURT NUMBER
CR 07-00126 MJJ

FILED
SEP 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

— PROCEEDING —

Name of Complaintant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

SCOTT N. SCHOOLS

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    AUSA GEORGE L. BEVAN, JR.

— DEFENDANT —

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  If "Yes" give date filed
☐ No

DATE OF ARREST ►    Month/Day/Year

Or... if Arresting Agency & Warrant were not    Month/Day/Year

DATE TRANSFERRED ► TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

SUFIAN KHALIL AL KHALIDI

CHARGES:                                PENALTY

COUNT ONE: 18 U.S.C. § 371              5 years imprisonment, $250,000 fine,
                                        3 years supervised release, $100 special assessment

COUNT NINE: 18 U.S.C. § 1956(h)         20 years imprisonment; $500,000 fine,
                                        5 years supervised release; $100 special assessment

COUNT TEN: 18 U.S.C. § 982(a)(1)        Criminal Forfeiture

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

~~~ OFFENSE CHARGED ~~~

SEE ATTACH

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

SEE ATTACH

~~~ DEFENDANT - U.S. ~~~

► ROSEMONT WHOLESALE, INC.

**DISTRICT COURT NUMBER**
CR 07-00126 MJJ

FILED
SEP 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

~~~ PROCEEDING ~~~

**Name of Complaintant Agency, or Person (&Title, if any)**
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
AUSA GEORGE L. BEVAN, JR.

~~~ DEFENDANT ~~~

**IS _NOT_ IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges          ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ►          Month/Day/Year

Or... If Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►          Month/Day/Year

☐ This report amends AO 257 previously submitted

~~~ ADDITIONAL INFORMATION OR COMMENTS ~~~

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

ROSEMONT WHOLESALE, INC.

| CHARGES: | PENALTY |
|---|---|
| COUNT ONE: 18 U.S.C. § 371 | 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment |
| COUNT NINE: 18 U.S.C. § 1956(h) | 20 years imprisonment; $500,000 fine, 5 years supervised release; $100 special assessment |
| COUNT TEN: 18 U.S.C. § 982(a)(1) | Criminal Forfeiture |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
                                ☑ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

SEE ATTACH

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

SEE ATTACH

### DEFENDANT - U.S.

► MOSSLEH ABDO AMARI

DISTRICT COURT NUMBER
CR 07-00126 MJJ

**FILED**
SEP 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   SHOW DOCKET NO.
    ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   AUSA GEORGE L. BEVAN, JR.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ►   Month/Day/Year _____

Or... If Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

MOSSLEH ABDO AMARI

| CHARGES: | PENALTY |
|----------|---------|
| COUNT ONE: 18 U.S.C. § 371 | 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment |
| COUNT TWO: 26 U.S.C. § 7206(1) | 3 years imprisonment; $100,000 fine, 3 years supervised release, $100 special assessment |
| COUNT THREE: 26 U.S.C. § 7206(1) | 3 years imprisonment; $100,000 fine, 3 years supervised release, $100 special assessment |
| COUNT FOUR: 26 U.S.C. § 7206(1) | 3 years imprisonment; $100,000 fine, 3 years supervised release, $100 special assessment |
| COUNT FIVE: 26 U.S.C. § 7201 | 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment 3 years supervised release, $100 special assessment |
| COUNT NINE: 18 U.S.C. § 1956(h) | 20 years imprisonment; $500,000 fine, 5 years supervised release; $100 special assessment |
| COUNT TEN: 18 U.S.C. § 982(a)(1) | Criminal Forfeiture |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT
☑ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

┌─ OFFENSE CHARGED ─┐

SEE ATTACH

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:

SEE ATTACH

┌─ DEFENDANT - U.S. ─┐

▶ AMMAR ABDO ALAMARI

DISTRICT COURT NUMBER
CR 07-00126 MJJ

**FILED**

SEP 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

┌─ PROCEEDING ─┐
Name of Complaintant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   ☐ U.S. Att'y ☑ Defense   SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
AUSA GEORGE L. BEVAN, JR.

┌─ DEFENDANT ─┐

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST   Month/Day/Year

Or... If Arresting Agency & Warrant were not   Month/Day/Year

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

┌─ ADDITIONAL INFORMATION OR COMMENTS ─┐

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AMMAR ABDO ALAMARI

| CHARGES: | PENALTY |
|---|---|
| COUNT ONE: 18 U.S.C. § 371 | 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment |
| COUNT SIX: 26 U.S.C. § 7206(1) | 3 years imprisonment; $100,000 fine, 3 years supervised release, $100 special assessment |
| COUNT SEVEN: 26 U.S.C. § 7206(1) | 3 years imprisonment; $100,000 fine, 3 years supervised release, $100 special assessment |
| COUNT EIGHT: 26 U.S.C. § 7206(1) | 3 years imprisonment; $100,000 fine, 3 years supervised release, $100 special assessment |
| COUNT NINE: 18 U.S.C. § 1956(h) | 20 years imprisonment; $500,000 fine, 5 years supervised release; $100 special assessment |
| COUNT TEN: 18 U.S.C. § 982(a)(1) | Criminal Forfeiture |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☑ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

— OFFENSE CHARGED —

SEE ATTACH

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:

SEE ATTACH

— DEFENDANT - U.S. —

► ABDULLAH AL-AMARI

**FILED**

SEP 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER
CR 07-00126 MJJ

— PROCEEDING —

Name of Complainant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40.  Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
   ☐ U.S. Att'y ☐ Defense

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM          **SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)     AUSA GEORGE L. BEVAN, JR.

— DEFENDANT —

IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
      was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other      } ☐ Fed'l ☐ State
      charges

   If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes    If "Yes"
been filed?     ☐ No      give date
                          filed

DATE OF         Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
   ☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

   If Summons, complete following:
   ☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
                                          or warrant needed, since Magistrate has scheduled arraignment
   Defendant Address:

Date/Time: _____

Before Judge: _____

Comments: _____

ABDULLAH AL-AMARI

| CHARGES: | PENALTY |
|---|---|
| COUNT ONE: 18 U.S.C. § 371 | 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment |
| COUNT NINE: 18 U.S.C. § 1956(h) | 20 years imprisonment; $500,000 fine, 5 years supervised release; $100 special assessment |
| COUNT TEN: 18 U.S.C. § 982(a)(1) | Criminal Forfeiture |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☑ SUPERSEDING

―――― OFFENSE CHARGED ――――

SEE ATTACH

☐ Petty
☐ Minor
☐ Misde-
    meanor
☑ Felony

PENALTY:

SEE ATTACH

―――――― PROCEEDING ――――――
Name of Complaintant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:                          SHOW
    ☐ U.S. Att'y ☐ Defense    DOCKET NO.
☐ this prosecution relates to a
pending case involving this same
defendant                           MAGISTRATE
☐ prior proceedings or appearance(s)  CASE NO.
before U.S. Magistrate regarding
this defendant were recorded under

Name and Office of Person
Furnishing Information on      **SCOTT N. SCHOOLS**
    THIS FORM
                       ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
    (if assigned)    AUSA GEORGE L. BEVAN, JR.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

―――― DEFENDANT - U.S. ――――

▶ BASHEER MOSSLEH ABDO AMMARI

DISTRICT COURT NUMBER
CR 07-00126 MJJ

*FILED*
*SEP 1 3 2007*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*OAKLAND*

―――――――― DEFENDANT ――――――――
**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other          ☐ Fed'l  ☐ State
       charges
If answer to (6) is "Yes", show name of Institution

Has detainer    ☐ Yes    If "Yes"
been filed?     ☐ No     give date
                         filed
                         Month/Day/Year
**DATE OF
ARREST**
    Or... If Arresting Agency & Warrant were not
                         Month/Day/Year
**DATE TRANSFERRED
TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

―――――― ADDITIONAL INFORMATION OR COMMENTS ――――――
PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                      or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

BASHEER MOSSLEH ABDO AMMARI

<u>CHARGES:</u>                              <u>PENALTY</u>

COUNT ONE: 18 U.S.C. § 371         5 years imprisonment, $250,000 fine,
                                   3 years supervised release, $100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☑ SUPERSEDING

─── OFFENSE CHARGED ───

SEE ATTACH

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
SEE ATTACH

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

▶ NABIL MUNASAR AL ZOQARI

**FILED**

DISTRICT COURT NUMBER
CR 07-00126 MJJ

SEP 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40.  Show
District

this is a reprosecution of
☐ charges previously dismissed
which were dismissed on
motion of:               SHOW
☐ U.S. Att'y ☑ Defense    DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant               MAGISTRATE
☐ prior proceedings or appearance(s)   CASE NO.
before U.S. Magistrate regarding
this defendant were recorded under

Name and Office of Person
Furnishing Information on    SCOTT N. SCHOOLS
THIS FORM
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    AUSA GEORGE L. BEVAN, JR.

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ if not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other    } ☐ Fed'l ☐ State
charges

If answer to (6) is "Yes", show name of Institution

Has detainer    ☐ Yes    If "Yes"
been filed?    ☐ No    } give date
filed

DATE OF    Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:    or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

NABIL MUNASAR AL ZOQARI

CHARGES:                          PENALTY

COUNT ONE: 18 U.S.C. § 371        5 years imprisonment, $250,000 fine,
                                  3 years supervised release, $100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☑ SUPERSEDING

┌─ OFFENSE CHARGED ─────────────────────┐
SEE ATTACH

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:

SEE ATTACH

┌─ PROCEEDING ──────────────────────────┐
Name of Complaintant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State
   Court, give name of court

☐ this person/proceeding is transferred from another
   district per (circle one) FRCrP 20, 21 or 40. Show
   District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on         SHOW
   motion of:                      DOCKET NO.
   ☐ U.S. Att'y ☑ Defense

☐ this prosecution relates to a
   pending case involving this same
   defendant                       MAGISTRATE
☐ prior proceedings or appearance(s)   CASE NO.
   before U.S. Magistrate regarding
   this defendant were recorded under

Name and Office of Person
Furnishing Information on
    THIS FORM          SCOTT N. SCHOOLS
              ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)      AUSA GEORGE L. BEVAN, JR.

┌─ Name of District Court, and/or Judge/Magistrate Location ─┐
NORTHERN DISTRICT OF CALIFORNIA

┌─ DEFENDANT - U.S. ────────────────────┐
MOHAMMED A. ALDHUFRI

FILED

SEP 13 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER
CR 07-00126 MJJ

┌─ DEFENDANT ───────────────────────────┐
IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
       was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction            ☐ Fed'l ☐ State
6) ☐ Awaiting trial on other
      charges
   If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    If "Yes"
been filed?   ☐ No      give date
                        filed

DATE OF            Month/Day/Year
ARREST

Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED      Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

┌─ ADDITIONAL INFORMATION OR COMMENTS ──────────────────┐
PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                      or warrant needed, since Magistrate has scheduled arraignment

                          Date/Time:

                          Before Judge:

Comments:

MOHAMMED A. ALDHUFRI

CHARGES:                          PENALTY

COUNT ONE: 18 U.S.C. § 371        5 years imprisonment, $250,000 fine,
                                  3 years supervised release, $100 special assessment

# United States District Court

FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
VENUE: **OAKLAND**



FILED
SEP 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

## UNITED STATES OF AMERICA,

### V.

Hassan Swaid, Sufian Khailil Al Khalidi,
Rosemont Wholesale, Inc., Mossleh Abdo Amari,
Ammar Abdo Alamari, Abdullah Al-Amari,
Basheer Mossleh Abdo Ammari,
Nabil Munasar Al Zoqari, and
Mohammed A. Aldhufi,

CR-07-126-MJJ

DEFENDANT.

---

# INDICTMENT
[SUPERSEDING]
VIOLATIONS: 18 U.S.C. § 371 – Conspiracy To
Commit Mail Fraud and Interstate Transportation of
Stolen Merchandise; 26 U.S.C. § 7206(1) – Filing False
Federal Income Tax Returns; 26 U.S.C. § 7201 –
Income Tax Evasion; 18 U.S.C. § 1956(h) – Conspiracy
to Launder Proceeds From Sale of Stolen Merchandise;
18 U.S.C. § 1956(a)(1)(A) and B – Laundering of
Proceeds From Sale of Stolen Property for Promotion,
and to Conceal and Disguise Proceeds;
18 U.S.C. § 982(a)(1) -- Criminal Forfeiture

---

A true bill

_____
Foreman

_____
Filed in open court this _13th_ day of
_September, 2007_

_____
Clerk

_____
Bail $ _No bail arrest warrants for_
_Ammar Abdo Alamari_
_and_
_Abdullah Al-Amari._
_9-13-07_
_No process as to the_
_other defendants._

1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney

2

3                                                    FILED

4                                          2007 SEP 13 PM 1: 20

5                                          CLERK, U.S. DISTRICT COURT
                                           NORTHERN DISTRICT OF CALIFORNIA

6

7

8

9                      UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                           OAKLAND DIVISION

12

13   UNITED STATES OF AMERICA,          )   No.  CR-07-00126-MJJ
                                        )
14                   Plaintiff,         )   VIOLATIONS: 18 U.S.C. § 371 –
                                        )   Conspiracy To Commit Fraud and
15        v.                            )   Interstate Transportation of Stolen
                                        )   Merchandise; 26 U.S.C. § 7206(1) –
16                                      )   Filing False Federal Income Tax
                                        )   Returns; 26 U.S.C. § 7201 – Income Tax
17                                      )   Evasion; 18 U.S.C. § 1956(h) –
                                        )   Conspiracy to Launder Proceeds From
18                                      )   Sale of Stolen Property; 18 U.S.C.
                                        )   §§ 1956(a)(1)(A) and (B) – Laundering
19   HASSAN SWAID,                      )   of Proceeds from Sale of Stolen Property
     SUFIAN KHALIL AL KHALIDI,          )   for Promotion, and to Conceal and
20   ROSEMONT WHOLESALE, INC.,          )   Disguise Proceeds; 18 U.S.C. § 982(a)(1)
     MOSSLEH ABDO AMARI,                )   – Criminal Forfeiture.
21   AMMAR ABDO ALAMARI,                )
     ABDULLAH AL-AMARI,                 )
22   BASHEER MOSSLEH ABDO               )
     AMMARI,                            )   OAKLAND VENUE
23   NABIL MUNASAR AL ZOQARI, and       )
     MOHAMMED A. ALDHUFRI,              )
24                                      )
                     Defendants.        )
25   _____)

26

27              S U P E R S E D I N G   I N D I C T M E N T

28

1  The Grand Jury charges:

2  COUNT ONE: 18 U.S.C. § 371

3      1.  Beginning no later than in or about January 2002 and continuing until January

4  2007, in the Northern District of California and elsewhere, the defendants,

5              HASSAN SWAID,
            SUFIAN KHALIL AL KHALIDI,
6          ROSEMONT WHOLESALE, INC.,
            MOSSLEH ABDO AMARI,
7          AMMAR ABDO ALAMARI,
              ABDULLAH AL-AMARI,
8      BASHEER MOSSLEH ABDO AMMARI,
            NABIL MUNASAR AL ZOQARI,
9          MOHAMMED A. ALDHUFRI,

10  and others, did knowingly conspire to commit offenses against the United States, namely,

11  fraud in violation of 18 U.S.C. § 1341, and interstate transportation of stolen goods and

12  merchandise in violation of 18 U.S.C. § 2314.

13              MANNER AND MEANS OF CONSPIRACY

14      2.  It was part of the manner and means of the conspiracy that:

15      (a)  The defendants charged herein were participants in a large scale material

16  scheme to defraud interstate retail stores, such as Safeway, Walgreens, and Target, by

17  theft of their goods and merchandise, and subsequent resale.  These goods and

18  merchandise consisted of many items, such as baby formula, razor blades, and varieties of

19  over-the-counter medicines.

20      (b)  Numerous persons, sometimes known as "boosters," went into these large

21  retail stores, and stole goods and merchandise intending to resell them to market stores in

22  Oakland, California.

23      (c)  Stolen goods and merchandise were delivered and sold by the boosters to

24  King Food Market ("King Food"), 1 Star Discount Store ("1 Star"), and to persons

25  occupying one or more apartments above the King Food market, in Oakland, California.

26      (d)  Stolen goods and merchandise purchased at King Food, 1 Star, and the

27  apartments were thereafter delivered by vehicle by one or more co-conspirators on a daily

28

1    basis and sold to Rosemont Warehouse, Inc. ("Rosemont") at 3179 Diablo Avenue,

2    Hayward, California.

3        (e)  At Rosemont, the security stickers, stamps, price tags, and bar codes were

4    removed from the stolen goods and merchandise to conceal the fact that these products

5    were stolen.  The products were then repackaged for resale, and thereafter sold and

6    shipped by Rosemont by commercial and interstate carrier to customers in and outside the

7    State of California.

8                              OVERT ACTS

9        3.  In furtherance of the conspiracy, and to obtain the objectives thereof, the

10   defendants and co-conspirators committed the following overt acts, among others, in the

11   Northern District of California and elsewhere:

12       (a)  Defendant Hassan Swaid, the president and owner of record of defendant

13   Rosemont Wholesale, Inc, signed checks on the bank accounts of Rosemont to pay co-

14   conspirator vendors for stolen goods and merchandise.

15       (b)  Defendant Mossleh Amari received checks from Rosemont during the year

16   2002 in the approximate amount of $371,384, in payment for stolen goods and

17   merchandise.

18       (c)  Defendant Ammar Alamari received checks from Rosemont during the year

19   2002 in the approximate amount of $777,145, in payment for stolen goods and

20   merchandise.

21       (d)  Defendant Abdullah Al-Amari received checks from Rosemont during the

22   year 2002 in the amount of $8,181, in payment for stolen goods and merchandise.

23       (e)  Defendant Mossleh Amari received checks from Rosemont during the year

24   2003 in the approximate amount of $92,700, in payment for stolen goods and

25   merchandise.

26       (f)  Defendant Ammar Alamari received checks from Rosemont during the year

27   2003 in the approximate amount of $833,434, in payment for stolen goods and

28

1   merchandise.

2       (g)   Defendant Mossleh Amari received checks from Rosemont during the year

3   2004 in the approximate amount of $1,463,385, in payment for stolen goods and

4   merchandise.

5       (h)   Defendant Ammar Alamari received checks from Rosemont during the year

6   2004 in the approximate amount of $78,576, in payment for stolen goods and

7   merchandise.

8       (i)   Defendant Mossleh Amari received checks from Rosemont during the year

9   2005 in the approximate amount of $1,865,440, in payment for stolen goods and

10  merchandise.

11      (j)   Defendant Ammar Alamari received checks from Rosemont during the year

12  2005 in the approximate amount of $24,006, in payment for stolen goods and

13  merchandise.

14      (k)   Defendant Abdullah Al-Amari received checks from Rosemont during the

15  year 2005 in the approximate amount of $15,124, in payment for stolen goods and

16  merchandise.

17      (l)   Defendant Basheer Ammari received checks from Rosemont during the year

18  2005 in the approximate amount of $5,324, in payment for stolen goods and merchandise.

19      (m)   Defendant Mossleh Amari received checks from Rosemont during the year

20  2006 in the approximate amount of $1,056,635, in payment for stolen goods and

21  merchandise.

22      (n)   On or about October 30, 2006, defendant Mohammed Aldhufri purchased

23  razor blades which were represented to him to be stolen.

24      (o)   On or about November 13, 2006, defendants Nabil Al Zoqari and Mohammed

25  Aldhufri purchased goods and merchandise that were represented to them to be stolen.

26      (p)   On or about November 15, 2006, defendant Mohammed Aldhufri purchased

27  goods and merchandise that were represented to him to be stolen.

28

1

2   (q)  On or about March 24, 2006, defendant Mossleh Amari delivered stolen

3   goods and merchandise to Rosemont.

4   (r)  On or about February 8, 2007, defendant Basheer Ammari was driving a

5   white, 2000 Ford van, California license plate 8F77260, containing stolen goods and

6   merchandise.

7   (s)  Defendant Sufian Al Khalidi, as general manager of Rosemont, caused

8   employees of Rosemont to remove security stickers, stamps, price tags, and bar codes

9   from stolen goods and merchandise, to conceal the fact that these products were stolen.

10   (t)  On various dates in 2005 and 2006, Rosemont shipped stolen goods and

11   merchandise by commercial interstate carrier to customers in the State of California.

12   (u)  On various dates in 2005 and 2006, Rosemont transported and transferred in

13   interstate commerce goods and merchandise with a value exceeding $5,000, knowing

14   these goods and merchandise to have been stolen.

15   All in violation of Title 18, United States Code, Section 371.

16

17   COUNT TWO: 26 U.S.C. § 7206(1)

18   4.  On or about February 3, 2003, in the Northern District of California, defendant

19                  MOSSLEH ABDO AMARI,

20   then a resident of San Leandro, California, did willfully make and subscribe a materially

21   false Form 1040 – U.S. Individual Tax Return for the year 2002 -- which was verified by

22   a written declaration that it was made under penalty of perjury and was filed with the

23   Internal Revenue Service, which income tax return the defendant did not believe to be

24   true and correct as to every material matter, in that the defendant willfully omitted income

25   derived from the sale of stolen goods and merchandise, when in truth and fact, as the

26   //

27   //

28

1  defendant well knew and believed, his total income during the 2002 calendar year was at

2  least $371,384 more than he reported on his return.

3      All in violation of Title 26, United States Code, Section 7206(1).

4

5  COUNT THREE: 26 U.S.C. § 7206(1)

6      5. On or about April 14, 2004, in the Northern District of California, defendant

7                      MOSSLEH ABDO AMARI,

8  then a resident of San Leandro, California, did willfully make and subscribe a materially

9  false Form 1040 – U.S. Individual Tax Return for the year 2003 -- which was verified by

10 a written declaration that it was made under penalty of perjury and was filed with the

11 Internal Revenue Service, which income tax return the defendant did not believe to be

12 true and correct as to every material matter, in that the defendant willfully omitted income

13 derived from the sale of stolen goods and merchandise, when in truth and fact, as the

14 defendant well knew and believed, his total income during the 2003 calendar year was at

15 least $92,700 more than he reported on his return.

16     All in violation of Title 26, United States Code, Section 7206(1).

17

18 COUNT FOUR: 26 U.S.C. § 7206(1)

19     6. On or about March 30, 2005, in the Northern District of California, defendant

20                     MOSSLEH ABDO AMARI,

21 then a resident of San Leandro, California, did willfully make and subscribe a materially

22 false Form 1040 – U.S. Individual Tax Return for the year 2004 -- which was verified by

23 a written declaration that it was made under penalty of perjury and was filed with the

24 Internal Revenue Service, which income tax return the defendant did not believe to be

25 true and correct as to every material matter, in that the defendant willfully omitted income

26 derived from the sale of stolen goods and merchandise, when in truth and fact, as the

27 defendant well knew and believed, his total income during the 2004 calendar year was at

28

1    least $1,463,385 more than he reported on his return.

2            All in violation of Title 26, United States Code, Section 7206(1).

3

4    COUNT FIVE: 26 U.S.C. § 7201

5            7. On or about August 15, 2006, in the Northern District of California, defendant

6                         MOSSLEH ABDO AMARI,

7    then a resident of San Leandro, California, well-knowing and believing that during the

8    calendar year 2005, he had and received taxable income, computed on the basis of

9    community property, in the sum of $507,868; and that upon said taxable income there was

10   owing to the United States of America an income tax of $164,785; the defendant did

11   willfully attempt to evade and defeat said income tax due and owing to the United States

12   of America by failing to make an individual income tax return on or before August 15,

13   2006, as required by law, to any proper officer of the Internal Revenue Service, and by

14   concealing and attempting to conceal from the Internal Revenue Service his receipt of

15   income, and the amount of such income, derived from the sale of stolen goods and

16   merchandise.

17           All in violation of Title 26, United States Code, Section 7201.

18

19   COUNT SIX: 26 U.S.C. § 7206(1)

20           8. On or about April 4, 2003, in the Northern District of California, defendant

21                        AMMAR ABDO ALAMARI,

22   then a resident of San Leandro, California, did willfully make and subscribe a materially

23   false Form 1040 – U.S. Individual Tax Return for the year 2002 -- which was verified by

24   a written declaration that it was made under penalty of perjury and was filed with the

25   Internal Revenue Service, which income tax return the defendant did not believe to be

26   true and correct as to every material matter, in that the defendant willfully omitted income

27   derived from the sale of stolen goods and merchandise, when in truth and fact, as the

28

1  defendant well knew and believed, his total income during the 2002 calendar year was at
2  least $777,145 more than he reported on his return.

3      All in violation of Title 26, United States Code, Section 7206(1).

4

5  <u>COUNT SEVEN</u>:  26 U.S.C. § 7206(1)

6      9.  On or about April 14, 2004, in the Northern District of California, defendant

7                      AMMAR ABDO ALAMARI,

8  then a resident of San Leandro, California, did willfully make and subscribe a materially

9  false Form 1040 – U.S. Individual Tax Return for the year 2003 -- which was verified by

10  a written declaration that it was made under penalty of perjury and was filed with the

11  Internal Revenue Service, which income tax return the defendant did not believe to be

12  true and correct as to every material matter, in that the defendant willfully omitted income

13  derived from the sale of stolen goods and merchandise, when in truth and fact, as the

14  defendant well knew and believed, his total income during the 2003 calendar year was at

15  least $833,386 more than he reported on his return.

16      All in violation of Title 26, United States Code, Section 7206(1).

17

18  <u>COUNT EIGHT</u>:  26 U.S.C. § 7206(1)

19      10.  On or about March 30, 2005, in the Northern District of California, defendant

20                      AMMAR ABDO ALAMARI,

21  then a resident of San Leandro, California, did willfully make and subscribe a materially

22  false Form 1040 – U.S. Individual Tax Return for the year 2004 -- which was verified by

23  a written declaration that it was made under penalty of perjury and was filed with the

24  Internal Revenue Service, which income tax return the defendant did not believe to be

25  true and correct as to every material matter, in that the defendant willfully omitted income

26  derived from the sale of stolen goods and merchandise, when in truth and fact, as the

27  defendant well knew and believed, his total income during the 2004 calendar year was at

28

least $78,576 more than he reported on his return.

All in violation of Title 26, United States Code, Section 7206(1).

COUNT NINE: 18 U.S.C. § 1956(h)

11.   Beginning no later than in or about January 2002 and continuing until January 2007, in the Northern District of California and elsewhere, the defendants,

<div align="center">
HASSAN SWAID,<br>
SUFIAN KHALIL AL KHALIDI,<br>
ROSEMONT WHOLESALE, INC.,<br>
MOSSLEH ABDO AMARI,<br>
AMMAR ABDO ALAMARI,<br>
ABDULLAH AL-AMARI,
</div>

and others, knowing that the property involved in financial transactions represented the proceeds of some form of unlawful activity, did knowingly conspire to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, namely, fraud in violation of 18 U.S.C. § 1341 and the interstate transportation of stolen property in violation of 18 U.S.C. § 2314,

(a)  with the intent to promote the carrying on of such specified unlawful activity in violation of 18 U.S.C. § 1956(a)(1)(A)(i); and

(b) knowing that the transactions were designed, in whole or in part, to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of such specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

<div align="center">Manner and Means of Conspiracy</div>

12.   It was part of the manner and means of the conspiracy that:

(a)   The allegations of paragraph 2(a)-(d) of Count One herein are hereby incorporated by reference as if fully set forth herein.

(b)   Defendant Rosemont Wholesale, Inc. used the proceeds derived from its sale of stolen goods and merchandise, to pay co-conspirator vendors from whom Rosemont acquired these stolen products, including defendants Mossleh Amari, Ammar Alamari, and Abdullah Al-Amari.

(c)  Co-conspirator vendors used the funds received from Rosemont to purchase more stolen goods and merchandise, thereby promoting the carrying on of such unlawful activity.

<div align="center">Overt Acts</div>

13.  In furtherance of the conspiracy and to obtain the objectives thereof, the defendants committed the following overt acts, among others, in the Northern District of California and elsewhere:

(a)  On multiple occasions during the period of the conspiracy, co-conspirator vendors submitted invoices to Rosemont for payment of stolen goods and merchandise purchased by Rosemont.  The name of the vendor listed on these invoices was defendant Abdullah Abdo Alamari, spelled as "Abdulla Abdo Alamari," at an address in Vallejo, California, which address did not belong to said defendant.  These invoices also listed seller's permit number 97-886104, which permit was not valid after the date of July 3, 2001.

(b)  On multiple occasions during the period of the conspiracy, Rosemont structured their payments to co-conspirator vendors so that the checks issued by Rosemont were each less than $10,000.

(c)  On multiple occasions during the period of the conspiracy, co-conspirator vendors cashed the checks they received from Rosemont, rather than depositing the checks to a bank account.

(d)  Defendant Ammar Alamari received checks from Rosemont during the year 2002 in the approximate amount of $777,145, in payment for stolen goods and merchandise.

(e)  Defendant Abdullah Al-Amari received checks from Rosemont during the year 2002 in the amount of $8,181, in payment for stolen goods and merchandise.

(f)  Defendant Mossleh Amari received checks from Rosemont during the year 2003 in the approximate amount of $92,700, in payment for stolen goods and

1  merchandise.

2      (g)  Defendant Ammar Alamari received checks from Rosemont during the year

3  2003 in the approximate amount of $833,434, in payment for stolen goods and

4  merchandise.

5      (h)  Defendant Mossleh Amari received checks from Rosemont during the year

6  2004 in the approximate amount of $1,463,385, in payment for stolen goods and

7  merchandise.

8      (i)  Defendant Ammar Alamari received checks from Rosemont during the year

9  2004 in the approximate amount of $78,576, in payment for stolen goods and

10  merchandise.

11      (j)  Defendant Mossleh Amari received checks from Rosemont during the year

12  2005 in the approximate amount of $1,865,440, in payment for stolen goods and

13  merchandise.

14      (k)  Defendant Ammar Alamari received checks from Rosemont during the year

15  2005 in the approximate amount of $24,006, in payment for stolen goods and

16  merchandise.

17      (l)  Defendant Abdullah Al-Amari received checks from Rosemont during the

18  year 2005 in the amount of $15,124, in payment for stolen goods and merchandise.

19      (m)  Co-conspirator Basheer Ammari received checks from Rosemont during the

20  year 2005 in the approximate amount of $5,324, in payment for stolen goods and

21  merchandise.

22      (n)  Defendant Mossleh Amari received checks from Rosemont during the year

23  2006 in the approximate amount of $1,056,635, in payment for stolen goods and

24  merchandise.

25      All in violation of Title 18, United States Code, Section 1956(h).

26  //

27  //

28

COUNT TEN: 18 U.S.C. § 982(a)(1)

14.    The allegations contained in Count Nine of this Indictment are incorporated as though fully set forth herein.

15.    Upon a conviction of the offense alleged in Count Nine, defendants

<div style="text-align:center">

HASSAN SWAID,
SUFIAN KHALIL AL KHALIDI,
ROSEMONT WHOLESALE, INC.,
MOSSLEH ABDO AMARI,
AMMAR ABDO ALAMARI, and
ABDULLAH AL-AMARI,

</div>

shall forfeit to the United States all property, real or personal, involved in such offense, and property traceable to such property, including but not limited to:

(a)    All the goods and merchandise seized by or on behalf of the United States, or any of its agencies or departments, on or subsequent to February 8, 2007, from inside the business premises of Rosemont Wholesale, Inc., at 3179 Diablo Avenue, Hayward, California.

(b)    A 2000 Ford van, California license plate 8F77260.

//
//
//
//
//
//
//
//
//
//
//
//
//

(c)  All the goods and merchandise contained within approximately 8-9 white garbage bags seized by the United States, or any of its agencies or departments, from inside the aforementioned Ford van on or subsequent to February 8, 2007.

All in violation of Title 18, United States Code, Section 982(a)(1).

DATED:                              A TRUE BILL.

*September 13, 2007*

                                    FOREPERSON

SCOTT N. SCHOOLS
United States Attorney


DOUGLAS SPRAGUE
Chief, Oakland Division


(Approved as to form:          )
          AUSA  GLBEVANJR