DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 38 Mins

**MAGISTRATE JUDGE MINUTE ORDER**

| MAGISTRATE JUDGE | DEPUTY CLERK | REPORTER/FTR |
|---|---|---|
| HON. WAYNE D. BRAZIL | Ivy L. Garcia | FTR: 9/14/07 10:10:40-10:48:15 |
| | DATE 9/14/07 | NEW CASE ☐ | CASE NUMBER CR-07-00126-MJJ |

### APPEARANCES

| DEFENDANT | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT | PD. ☒ RET. ☐ |
|---|---|---|---|---|---|
| ABDULLAH AL-AMARI | | | | Joyce Leavitt (Spec. Appear.) | APPT. ☐ |

| U.S. ATTORNEY | INTERPRETER | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
|---|---|---|---|
| George Bevan, Jr. | None | | |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |
|---|---|---|---|
| Nicole Fairchild | None | | |

### PROCEEDINGS SCHEDULED TO OCCUR

☒ INITIAL APPEAR 38 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS
☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER
☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING

**FILED SEP 14 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

### INITIAL APPEARANCE

☒ ADVISED OF RIGHTS ON 9/14/07 | ☒ ADVISED OF CHARGES ON 9/14/07 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME:

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED

### RELEASE

☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $500,000 PR Unsecured | SPECIAL NOTES | ☒ PASSPORT TO BE SURRENDERED BY DATE: 9/18/07

| PROPERTY TO BE POSTED | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|
| ☐ CASH $ | | |

☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐
☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER:

### CONTINUANCE

| TO: 9/18/07 | ☒ ATTY APPT HEARING | ☒ BOND SIGNING OF SURETY | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ ~~PRELIMINARY HEARING OR~~ ARRAIGNMENT AND ADVISE DEFT. RE CHARGE ON FORM 12 PETITION FOR PROB. VIOL. | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The deft. is currently on federal probation under CR-04-00162-MEJ. The Court asked the Prob. Officer to file a Form 12 Petition for Prob. Viol. by 9/18/07. The deft. told Court that he would like to retain his own atty. Upon the request of the govt's atty., the Court ordered that the deft. must bring a family member/friend who will co-sign as a surety on his Bond on 9/18/08. Deft. would like an assistance from an Arabic Int. on all future proceedings.

cc: WDB's Stats, Debbie Maghoney for Monica Narcisse, Probation, Pretrial, Brenda Tolbert   DOCUMENT NUMBER: