

# MEMORANDUM

**U.S. PROBATION OFFICE**
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DATE:** December 18, 2007

**TO:** Wayne D. Brazil
United States Magistrate Judge

**SUBJECT:** **Abdulla Abdo Al-Amari**
**CR 07-00126 MJJ**

**FROM:** Nicole M. Fairchild
U.S. Probation Officer

*Thank you for the update. WDB*

Your Honor:

On September 13, 2007, the Abdulla Abdo Al-Amari was charged in a Superseding Indictment, with a violation of 18 U.S.C. § 371, Conspiracy to Commit Fraud and Interstate Transportation of Stolen Merchandise; 18 U.S.C. § 1956(h), Conspiracy to Launder Proceeds from Sale of Stolen Property; and 18 U.S.C. § 982(a)(1), Criminal Forfeiture. On September 14, 2007, the defendant appeared before Your Honor and was released on a $500,000 unsecured bond, to be supervised by a United States Probation Officer. The offender's next court date on this matter is January 18, 2008, before the Honorable Martin J. Jenkins, for a Status Conference.

On August 28, 2007, September 11, 2007, and October 16, 2007, the offender submitted to sweat patch testing at East Bay Community Recovery Project in Oakland, California and tested positive for cocaine. This officer was not informed of the positive tests until November 13, 2007. A Petition for Summons for Offender Under Supervision has been filed with the Honorable Judge Marie-Elena James for the defendant's active supervised release case (Docket # 04-00162-01 MEJ). Mr. Al-Amari is scheduled to appear before the Honorable Judge Marie-Elena James on December 27, 2007, to show cause why his supervised release should not be revoked.

This officer intends to request that Mr. Al-Amari be detained on that date, pending an outcome on his supervised release violation. This officer will notify Your Honor of the Honorable Judge James' ruling on December 27, 2007, so that it can determined if Mr. Al-Amari needs to be brought before Your Honor for a Detention Hearing.

Abdulla Abdo Al-Amari                                              Page 2
CR 07-00126 MJJ

If this action does not appear appropriate, please notify me with further direction.

                                    Respectfully submitted,

                                    Yador J. Harrell
                                    Chief U.S. Probation Officer

                                    Nicole M. Fairchild
                                    U.S. Probation Officer

Approved:

Insa Amina Bel'Ochi
Supervisory U.S. Probation Officer

cc: George Bevan,
    Assistant U.S. Attorney

    Bert Carter
    Defense Counsel (Retained)