

# MEMORANDUM

**U.S. PROBATION OFFICE**
**NORTHERN DISTRICT OF CALIFORNIA**

**DATE:** January 3, 2008

**TO:** The Honorable Wayne D. Brazil
United States Magistrate Judge

**SUBJECT:** Abdulla Abdo Al-Amari
CR 07-00126 MJJ

**FROM:** Nicole M. Fairchild
U.S. Probation Officer

FILED

JAN 4 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Your Honor:

On September 13, 2007, the Abdulla Abdo Al-Amari was charged in a Superseding Indictment, with a violation of 18 U.S.C. § 371, Conspiracy to Commit Fraud and Interstate Transportation of Stolen Merchandise; 18 U.S.C. § 1956(h), Conspiracy to Launder Proceeds from Sale of Stolen Property; and 18 U.S.C. § 982(a)(1), Criminal Forfeiture. On September 14, 2007, the defendant appeared before Your Honor and was released on a $500,000 unsecured bond, to be supervised by a United States Probation Officer. The offender's next court date on this matter is January 18, 2008, before the Honorable Martin J. Jenkins, for a Status Conference.

On August 28, 2007, September 11, 2007, and October 16, 2007, the offender submitted to sweat patch testing at East Bay Community Recovery Project in Oakland, California and tested positive for cocaine. A Petition for Summons for Offender Under Supervision was filed with the Honorable Judge Marie-Elena James for the defendant's active supervised release case (Docket # 04-00162-01 MEJ).

On December 27, 2007, Mr. Al-Amari appeared before the Honorable Judge Nandor Vadas to show cause why his supervised release should not be revoked. This officer requested that the offender be detained pending the supervised release violation; however that request was denied. The offender is scheduled to appear before the Honorable Judge Maria Elena James on January 17, 2008, for a setting of a Supervised Release Revocation Hearing.

This officer previously spoke to Assistant Deputy Chief Pretrial Services Officer Silvio Lugo regarding this matter. He indicated that U.S. Pretrial Services cannot get involved with the offender's new case, as they are not on the bond. The U.S. Probation Office feels that it would be more appropriate for the U.S. Pretrial Services to supervise the bond, as it appears that we do not have legal jurisdiction to do so. Thus, it is respectfully requested that the Court order U.S. Pretrial Services to supervise the offender's bond related to case CR 07-00126 MJJ.

Respectfully submitted,

Yador J. Harrell
Chief U.S. Probation Officer

*Nicole M. Fairchild*
Nicole M. Fairchild
U.S. Probation Officer

Approved:

*Robert E. Tenney*
Robert E. Tenney
Supervisory U.S. Probation Officer

cc: George Bevan,
    Assistant U.S. Attorney

   Bert Carter
   Defense Counsel (Retained)