United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JAN 4 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 07-00126 MJJ
)
ABDULLA ABDO AL-AMARI )
)
)

ORDER FOR U.S. PRETRIAL SERVICES TO SUPERVISE DEFENDANT

It is hereby ordered that U.S. Pretrial Services supervise the above named defendant while on pretrial release and that U.S. Probation be relieved WDB its WDB duty to supervise the offender for this matter.

ON MOTION OF THE COURT,

Date: 1/4/08

Wayne D. Brazil
United States Magistrate Judge

cc: WDB's stats, Copy to parties via ECF, Pretrial, Probation, Financial, Monica Narcisse