UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),            No. CR-07-00126-MJJ

  v.                           **ORDER VACATING BAIL REVIEW HEARING DATE**

ABDULLA ABDO AL-AMARI,

    Defendant(s).
_____/

Having been notified by Pretrial Services Officer Hence Williams on January 17, 2008, that the above named defendant has been testing negative for drugs and has been in compliance with the terms and conditions of his release since he was placed under the supervision of Pretrial Services on January 4, 2008, it is hereby ORDERED that the Bail Review Hearing that was previously set by the Court for **Friday, January 18, 2008 at 10:00 a.m.** is VACATED.

IT IS SO ORDERED.

Dated: January 17, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's files, Copies to all parties via ECF, Pretrial Services, Financial, Monica Narcisse

caption.frm            1