1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney

2    BRIAN J. STRETCH (CSBN 163973)
     Chief, Criminal Division

3
     KESLIE STEWART (CSBN 184090)
4    Assistant United States Attorney

5        1301 Clay Street, Suite 340S
         Oakland, California 94612
6        Telephone: (510) 637-3709
         Facsimile: (510) 637-3724

7
     Attorneys for Plaintiff

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11   UNITED STATES OF AMERICA,          )    No.    CR 07-00126 MJJ
                                        )
12        Plaintiff,                    )    STIPULATION AND [PROPOSED]
                                        )    ORDER FOR CONTINUANCE AND
13        v.                            )    EXCLUSION OF TIME UNDER THE
                                        )    SPEEDY TRIAL ACT (18 U.S.C. §§
14   HASSAN SWAID, et al.,              )    3161(h)(8)(A) and (h)(8)(B)(ii) and (iv))
                                        )
15        Defendants.                   )
                                        )
16   _____)

17

18                              **STIPULATION**

19        This matter is currently on calendar for status this Friday, January 18, 2008, at 2:30

20   p.m. The parties jointly stipulate and request that the matter be continued to the new date of

21   March 14, 2008, at 2:30 p.m. for status and further request that the time between January 18

22   and March 14, 2008, be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §§

23   3161(h)(8)(A) and (B)(iv), because defendants require additional time to review discovery and

24   conduct research and investigation into the pending charges. The parties also stipulate that

25   time should be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii) because of the

26   large number of defendants, the recent addition of new defendants in a Superseding

27   Indictment, and the complexity of the case.

28        For the foregoing reasons, the parties stipulate and agree that the ends of justice served

     by the continuance requested herein outweigh the best interests of the public and the defendant

     in a speedy trial because the failure to grant such a continuance would unreasonably deny

defendants adequate time to prepare, taking into account the exercise of due diligence. The parties therefore stipulate and agree that this period of time should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(ii) and (iv).

SO STIPULATED.

Dated: January 17, 2008

_____/s/_____
KESLIE STEWART
Assistant United States Attorney

SO STIPULATED.

Dated: January 17, 2008

MARTHA A. BOERSCH
Attorney for Defendant Basheer Mossleh Abdo Ammari

SO STIPULATED.

Dated:        January 17, 2008

_____
BERT CARTER, JR.
Attorney for Defendant Abdullah Al-Amari

SO STIPULATED.

Dated: January 17, 2008

_____/s/_____
JULIANA DROUS
Attorney for Defendant Mossleh Amari

SO STIPULATED.

Dated:        January 17, 2008

RANDY SUE POLLOCK
Attorney for Defendant Mohammed A. Aldhufri

SO STIPULATED.

Dated: January 17, 2008

HAROLD J. ROSENTHAL
Attorney for Defendant Ammar Abdo Alamari

SO STIPULATED.

Dated:        January 17, 2008

JULIE ANN SALAMON
Attorney for Defendant Nabil Munasar Al Zoqari

2

1  SO STIPULATED.

2  Dated: January 17, 2008

3  _____
   MICHAEL PHILLIP THORMAN

4  Attorney for Defendant Sufian Khalil Al Khalidi

5  SO STIPULATED.

6  Dated: January 17, 2008

7  _____
   PAUL DELANO WOLF

8  Attorney for Defendants Hassan Swaid
   and Rosemont Wholesale, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                  **████████]** **ORDER**

2        Based on the reasons provided in the stipulation of the parties above, the Court hereby

3 FINDS that the ends of justice served by granting of the requested continuance outweigh the

4 best interests of the public and the defendants in a speedy trial, and that, given the complexity

5 of this case and the number of defendants, the failure to grant the requested continuance would

6 deny defendants the reasonable time necessary for effective preparation, taking into account

7 the exercise of due diligence.  <u>See</u> 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv).

8        Based on these findings, IT IS HEREBY ORDERED THAT the hearing that is

9 currently scheduled for January 18, 2008, shall be continued to March 14, 2008, at 2:30 p.m.

10 for status, and that the time from January 18 through March 14, 2008, shall be excluded for

11 purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(ii) and (iv).

12        IT IS SO ORDERED.

13 Dated: ___1/18_____, 2008

14                                        MARTIN J. JENKINS
                                       United States District Court