UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| United States of America )<br><br>Plaintiff(s), )<br><br>-V- )<br> Hassan Swaid )<br>Mohammed A. Aldhufri )<br>Sufian Khalil Al Khalidi )<br>Mossleh Amari )<br>Basheer Mossleh Abdo Ammari )<br>Nabil Munasar Al Zoqari )<br>Rosemont Wholesale Inc.<br>Ammar Abdo Almari<br>Abdullah Al-Amari<br>    Defendant(s), | CASE NO. CR-07-00126-DLJ<br><br>NOTICE of Status<br>Conference on 3/14/08<br>**AT 11:00AM**. |

_____

TO:

**Keslie Anne Stewart**
U.S. Attorney's Office
1301 Clay Street, Suite 340S
Oakland, CA 94612


**Paul Delano Wolf**
Law Offices of Paul Delano Wolf
717 Washington St., 2nd Floor
Oakland, CA 94607

**Randy Sue Pollock**
Attorney at Law
2831 Telegraph Avenue
Oakland, CA 94609

**Michael Phillip Thorman**
Bonjour,Thorman, Baray & Billingsley
24301 Southland Drive,Suite 312
Hayward, CA 94545

**Juliana Drous**
Attorney at Law
214 Duboce Avenue
San Francisco, CA 94103

**Martha A. Boersch**
Attorney at Law
555 California St.,
26th Floor
San Francisco, CA 94104

**Julie Ann Salamon**
Arguedas, Cassman & Headley LLP
803 Hearst Avenue
Berkeley, CA 94710

**Harold J. Rosenthal**
Law Office of Harold J. Rosenthal
803 Hearst Avenue
Berkeley, CA 94710

**Bert Carter, Jr.**
Attorney at Law
1714 Franklin Street, Suite 101
Oakland, CA 94612

YOU ARE HEREBY NOTIFIED THAT the above case was reassigned to Judge D. Lowell Jensen on February 15, 2008.

A Status Conference will be held before Judge D. Lowell Jensen on **Friday, March 14, 2008 at 11:00am [please note the time], in Courtroom 1, 4th Floor at 1301 Clay Street, Oakland California**.

Dated: February 21, 2008

By: _Frances Stone_____

Frances Stone

Clerk to D. Lowell Jensen