```
1  Michael P. Thorman, SBN #63008
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Drive, Suite 312
   Hayward, CA 94545
3  Tel: (510) 785-8400
   Fax: (510) 670-0955
4  michael@btbandb.com

5  Attorney for Defendant
   Sufian Al-Khalidi
6
```

## UNITED STATES DISTRICT COURT

## NORTHEN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 07-00126 DLJ |
| Plaintiff, | |
| | STIPULATION TO MODIFY TERMS OF RELEASE FOR SUFIAN AL-KHALIDI; ORDER THEREON |
| vs. | |
| HASSAN SWAID, ET AL, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, the United States of America, by and through AUSA Keslie Stewart, and Defendant Sufian Al-Khalidi, by and through his attorney Michael P. Thorman, with the concurrence of Pretrial Services, by and through Paul Mamaral, that the terms of said defendant's release be modified to allow Sufian Al-Khalidi to travel to Amman, Jordan, departing on April 24, 2008 and returning May 16, 2008. As consideration for this stipulation, defendant has pledged his real property at 1258 Breckenridge St., San Leandro, CA. and filed an Obligation confirming same with the Clerk of the Court.

///
///

1

|    |    |
|----|----|
| 1  | IT IS FURTHER STIPULATED that to allow this travel, the Court allow the Clerk of the |
| 2  | Court to return to Sufian Al-Khalidi his passport, which passport shall be returned to the Clerk by |
| 3  | May 23, 2008. |

DATED: 4/23/08

_____
AUSA KESLIE STEWART


DATED: _____

_____
MICHAEL P. THORMAN


DATED: _____

_____
PAUL MAMARAL


## ORDER

Pursuant to Stipulation of the parties, based on proof that defendant Sufian Al-Khalidi has posted a property bond on his residence, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the terms of said defendant's release are modified to allow his travel to Amman, Jordan on April 24, 2008, returning May 16, 2008.

IT IS FURTHER ORDERED that the Clerk of the Court shall return to defendant his passport for the purpose of this travel. Defendant shall surrender his passport to the Clerk of the Court upon his return, and in no event later than May 23, 2008.

DATED:_____

_____
MAGISTRATE-JUDGE WAYNE BRAZIL

stipulation, defendant has pledged his real property at 1258 Breckenridge St., San Leandro, CA. and filed an Obligation confirming same with the Clerk of the Court.

///

///

IT IS FURTHER STIPULATED that to allow this travel, the Court allow the Clerk of the Court to return to Sufian Al-Khalidi his passport, which passport shall be returned to the Clerk by May 23, 2008.

DATED: _____          _____
                                       AUSA KESLIE STEWART


DATED: _____          _____
                                       MICHAEL P. THORMAN


DATED: 4/23/08                         _____
                                       PAUL MAMARAL


### ORDER

Pursuant to Stipulation of the parties, based on proof that defendant Sufian Al-Khalidi has posted a property bond on his residence, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the terms of said defendant's release are modified to allow