1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CASBN 163973)
3   Chief, Criminal Division

4   KESLIE STEWART (CASBN 221603)
    Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3709
7       Facsimile:   (510) 637-3724
        E-Mail:      keslie.stewart@usdoj.gov
8

9   Attorneys for Plaintiff

10

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                         OAKLAND DIVISION
14
    UNITED STATES OF AMERICA,        )      No.  07-00126 DLJ
15                                    )
             Plaintiff,               )
16                                    )      NOTICE OF NOT OF RECORD
        v.                            )      COUNSEL FOR THE GOVERNMENT
17                                    )
    HASSAN SWAID, et al.              )
18                                    )
             Defendant.               )
19  _____)

20

21      Please take notice that George Bevan, is not the counsel of record for the government

22  and should be removed from the case.  The Assistant United States Attorney whose name,

23  address, telephone number and e-mail address listed below is assigned to be counsel for

24  the government.

25                          KESLIE STEWART
                        Assistant United States Attorney
26                        1301 Clay Street; Suite 340S
                          Oakland, California 94612
27                        Telephone:  (510) 637-3709
                          Fax: 510/637-3724
28                        E-mail:  keslie.stewart@usdoj.gov


    NOTICE OF NOT OF RECORD COUNSEL FOR THE GOVERNMENT

The Clerk is requested to change the docket sheet and other court records so as to reflect that all orders and communications from the court will in the future be directed to AUSA Keslie Stewart at the above mailing address, telephone number, facsimile number and e-mail address.


DATED:  May 14, 2008                    Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney


                                        _____/s/_____
                                        KESLIE STEWART
                                        Assistant United States Attorney

NOTICE OF NOT OF RECORD COUNSEL FOR THE GOVERNMENT