**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**Criminal Pretrial Minute Order**</u>
**JUDGE D. LOWELL JENSEN**
**Date:   6/20/08**

**Clerk: Frances Stone**
**Court Reporter: DIANE SKILLMAN**

**Plaintiff:** United States

**v.**                                                    **No.** CR-07-00126-DLJ

**Defendant:** Mohammed A. Aldhufri [present; not in custody; Arabic Interpreter]
Mossleh Amari [present; not in custody]
Basheer Mossleh Abdo Ammari [present; not in custody; Arabic Interpreter]
Nabil Munasar Al Zoqari [present; not in custody; Arabic Interpreter]
Ammar Abdo Almari [present; not in custody; Arabic Interpreter]
Abdullah Al-Amari [present; not in custody; Arabic Interpreter

**Appearances for AUSA:** Keslie Stewart

**Appearances for Defendant:** Def Aldhufri: Randy Sue Pollock
Def Mossleh Amari- Heather Hardwick for Juliana Drous
Def Basheer Ammari- Randy Sue Pollock for Martha Boersch
Def Nabil Al Zoqari- Randy Sue Pollock for Susan Raffanti
Def Ammar Almari : Harold Rosenthal
Def Abdullah Al-Amari: Bert Carter

**Interpreter:** <u>Essam Elmahgoop- Arabic Interpreter</u>
**Probation Officer:**

**Reason for Hearing:**                    **Ruling:**
**STATUS**                                     **-HELD**
**Motion or Trial setting- Not held**

**Notes:**

**Case Continued to   7/25/08 at 11:00AM      for  Scheduling/Status (for above listed defts)**

**Case Continued to:**          **for**
**Case Continued to:**          **for**
**Motions to be filed by:        Opposition Due:**
**Case Continued to                          for Pretrial Conference**
**Case Continued to          for              Trial**

**Excludable Delay: Category: Begins:    6/20/08        Ends: 7/25/08**