**PROPOSED ORDER/COVER SHEET**

FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO:       Honorable Wayne D. Brazil            RE:   Al-Amari, Abdulla
          U.S. Magistrate Judge

FROM:     Richard W. Wieking, Acting Chief     DOCKET NO.:  07-cr-00126-DLJ
          U.S. Pretrial Services Officer

DATE:     July 18, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Hence Williams III                              510-637-3755
U.S. Pretrial Services Officer                  TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
    A.
    B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[X] Other Instructions:
He must answer the curfew phone. He will be ordered to appear for a hearing if he fails to do so.

_____Wayne D. Brazil_____     7-21-08
JUDICIAL OFFICER                   DATE

Cover Sheet (06/02/08)

CC: WDB STATS; IVY; FRANCES; P.T. SVCS; COUNSEL
                                                          FS