.com

~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
AUG - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: Honorable Wayne D. Brazil
U.S. Magistrate Judge

RE: Al-Amari, Abdulla

FROM: Richard W. Wieking, Acting Chief
U.S. Pretrial Services Officer

DOCKET NO.: 07-cr-00126-DLJ

DATE: August 1, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Hence Williams III
U.S. Pretrial Services Officer

510-637-3755
TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. #4 on FRID., AUG 29, 2008 at 10:00 am.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____          8-4-08
JUDICIAL OFFICER                    DATE

Cover Sheet (06/02/08)

copy to: WDB's Stats, copy to parties via ECF, Pretrial, Frances, Financial