UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  8/29/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

v.                                                                    **No.** CR-07-00126-DLJ

**Defendant:** Mossleh Amari [present; not in custody]
    Basheer Mossleh Abdo Amari [present; not in custody; Arabic Interpreter]
    Ammar Abdo Almari [present; not in custody; Arabic Interpreter]
    Abdullah Al-Amair [present; not in custody; Arabic Interpreter]

**Appearances for AUSA:** Keslie Stewart


**Appearances for Defendant:** Deft Mossleh Amari- Martha Boersch for Juliana Drous
        Def Basheer Mossleh Abdo Amari- Martha Boersch
        Def Ammar Abdo Almari-  Harold Rosenthal
        Def Abdullah Al-Amari- Bert Carter


**Interpreter:** Essam Elmahgoop- Arabic Interpreter
**Probation Officer:**


**Reason for Hearing:**              **Ruling:**
STAT                    -HELD
**Change of Plea  - NOT HELD**

**Notes:**

**Case Continued to**    Tuesday 9/9/08 at 10:00am   for  Change of Plea- all defts


**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     Opposition Due:
**Case Continued to**                for Pretrial Conference

**Case Continued to**          for          Trial

**Excludable Delay: Category: Begins:  8/29/08        Ends: 9/9/08**