UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:   September 9, 2008

**Clerk:** Frances Stone
**Court Reporter:  RAYNEE MERCADO**

**Plaintiff:**  United States

**v.**                                                         **No.** CR-07-00126-DLJ

**Defendant:** Abdullah Al-Amari [on bond; Arabic Interpreter]

**Appearances for AUSA:** Keslie Stewart

**Appearances for Defendant:** Bert Carter Jr.

**Interpreter:** <u>Essam Elmahgoop- Arabic Interpreter</u>

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
STATUS                                             -HELD
**Change of Plea - Not Held**

**Notes:**

**Case Continued to**   9/19/08 at 11:00AM    for  SETTING FOR TRIAL

**Case Continued to:**            for
**Case Continued to:**            for
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                          for Pretrial Conference

**Case Continued to**           for            Trial

**Excludable Delay: Category: Begins:  9/9/08         Ends: 9/19/08**