| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | MAUREEN C. BESSETTE (NYSBN 2468254)<br>KESLIE STEWART (CBN 184090) |
| 5 | Assistant United States Attorney |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3691<br>Facsimile: (510) 637-3724 |
| 8 | Maureen.Bessette@usdoj.gov<br>Keslie.Stewart@usdoj.gov |
| 9 | |
| 10 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   07-00126 DLJ | |
| Plaintiff, | ) | NOTICE OF MANUAL FILING | |
| | ) | U.S. OPPOSITION TO DEFENDANT'S | |
| v. | ) | MOTION TO PRECLUDE EXPERT | |
| | ) | TESTIMONY | |
| HASSAN SWAID, SUFIAN AL KHALIDI and ROSEMONT WHOLESALE, INC., | ) ) ) | | |
| Defendants. | ) ) | | |

This filing is being manually filed for the following reason:

Voluminous Documents (PDF file size larger than e-filing system allowances)

DATED: September 12, 2008                    /s/s
                                                          _____
                                                          MAUREEN C. BESSETTE
                                                          KESLIE STEWART
                                                          Assistant United States Attorney

NOTICE OF MANUAL FILING