Michael P. Thorman, State Bar No. 63008
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Drive, Suite 312
Hayward, CA 94545
(510) 785-8400

Attorneys for defendant
Sufian Al-Khalidi

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>SUFIAN AL-KHALIDI, et.al.,<br><br>     Defendants. | No.:    CR 07-00126 DLJ<br><br>JOINT MOTION ON BEHALF OF<br>ALL PARTIES TO POSTPONE CURRENT<br>TRIAL DATE OF SEPTEMBER 29<br><br>Date:   September 19, 2008<br>Time:   11:00 a.m. |

TO: THIS HONORABLE COURT:

The parties to this action, THE UNITED STATE OF AMERICA, by and through Assistant United States Attorneys Keslie Stewart and Maureen Bessette, HASSAN SWAID and ROSEMONT WAREHOUSE, INC., by and through attorney Paul Wolf, Esq, and SUFIAN AL-KHALIDI, by and through attorney Michael Thorman, hereby jointly move to continue the trial currently set for September 29, 2008. The grounds for this motion is that the grand jury has recently returned a second superceding indictment, adding a new object of the conspiracy and numerous substantive charges; three other defendants have just recently entered into cooperation agreements with the government, and the government has produced substantial new discovery

1

relating to these cooperators, making it impossible for defense counsel to be prepared to competently represent their clients by September 29, 2008.

Due to ongoing discovery, the parties further move to postpone consideration of the various *in limine* motions filed in this matter.

Finally, the parties request that this matter remain on calendar for September 19 at 11 a.m. for the parties to discuss (1) rescheduling this matter for trial; and (2) the potential conflict of interest between defendants Hassan Swaid and Rosemont Wholesale, Inc., and whether new counsel is required for defendant Rosemont.

DATED: September 16, 2008                   Respectfully Submitted,



                                            _____s/_____
                                            KESLIE STEWART
                                            MAUREEN BESSETTE
                                            For Plaintiff United States of America



                                            _____s/_____
                                            PAUL WOLF
                                            For Defendants Swaid and Rosemont



                                            _____s/_____
                                            MICHAEL THORMAN
                                            For Defendant Al-Khalidi

2