JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MAUREEN C. BESSETTE (CSBN 165775)
KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3709
Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. CR 07-00126 DLJ |
|---|---|
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| ABDULLAH ALAMARI, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice the charges against Abdullah Alamari in Counts One, Nine and Ten of the superseding indictment in the above captioned matter.

DATED: 5.1.09

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MAUREEN C. BESSETTE
Assistant United States Attorney

IT IS SO ORDERED.

Dated: May 6, 2009

D. LOWELL JENSEN
United States District Court

FILED
MAY - 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND